No. 86–327. MULLINS COAL CO., INC. OF VIRGINIA, ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 4th Cir. [Certiorari granted, 479 U. S. 1029.] Motion of respondent Luke R. Ray for divided argument denied. Motion of respondent Gerald Stapleton for leave to proceed further herein in forma pauperis granted. Motion of respondent Gerald Stapleton for leave to file a brief on the merits out of time granted.

No. 86–810. MOSLEY v. BARTMAN ET AL., 479 U. S. 1054; and

No. 86–811. MOSLEY v. NOEL ET AL., 479 U. S. 1054. Motions of petitioner to direct the Clerk to file petitions for rehearing out of time denied.

No. 86–1278. HUSTLER MAGAZINE, INC., ET AL. v. FALWELL. C. A. 4th Cir. [Certiorari granted, 480 U. S. 945.] Motions for leave to file briefs as amici curiae filed by the following are granted: Law and Humanities Institute, Volunteer Lawyers for the Arts, Inc., Reporters Committee for Freedom of the Press et al., American Civil Liberties Union Foundation et al., Richmond Newspapers, Inc., et al., American Editorial Cartoonists et al., Association of American Publishers, Inc., and Home Box Office, Inc.

No. 86–1552. DEPARTMENT OF THE NAVY v. EGAN. C. A. Fed. Cir. [Certiorari granted, 481 U. S. 1068.] Motion of the Solicitor General to dispense with printing the joint appendix granted.